# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRICK P. HOUSTON, JR.,
Petitioner,
vs.
HIGH DESERT STATE PRISON; AND
WARDEN NEVEN,
Respondents.

No. 69337

**FILED**

MAR 0 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition was docketed in this court on December 10, 2015, without payment of the requisite filing fee. On January 19, 2016, this court issued an order directing petitioner to submit an affidavit in support of his motion for waiver of fees and costs within 30 days or the petition would be dismissed. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, the motion is denied and this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie K Lindem_

cc: Brick P. Houston, Jr.
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-07535